PROB 12B
10/03

# UNITED STATES DISTRICT COURT
## for the
## Middle District of North Carolina
### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing Is Attached)

FILED
APR - 5 2006
IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N. C.

Name of Offender: SHAWN LAMONTE THORPE    Case Number: 1:98CR54-1

Name of Sentencing Judicial Officer: The Honorable Frank W. Bullock, Jr.

Date of Original Sentence: August 25, 1998

Original Offense: Conspiracy: Distribute Cocaine Base "Crack" in violation of 21 U.S.C. § 846.

Original Sentence: 160 months custody of the Bureau of Prisons followed by 5 years supervised release

Type of Supervision: Supervised Release    Date Supervision Commenced: February 20, 2004
Date Supervision Expires: February 19, 2009

Assistant U.S. Attorney: Sandra J. Hairston    Defense Attorney: William J. Thomas III

## PETITIONING THE COURT

[ ] To extend the term of supervision for _____ years, for a total term of _____ years.
[X] To modify the conditions of supervision as follows:

The defendant shall submit to substance abuse testing, at anytime, as directed by the probation officer. The defendant shall cooperatively participate in a substance abuse treatment program, which may include drug testing and inpatient/residential treatment, and pay for treatment services, as directed by the probation officer. During the course of treatment, the defendant shall abstain from the use of alcoholic beverages.

### CAUSE

The defendant has a documented history of illicit drug use. The aforementioned modification of the special condition is recommended in order to allow for continued drug testing beyond the termination of any substance abuse treatment and to assist in the monitoring of the defendant's compliance with the statute which prohibits illicit drug use while under supervision.

Respectfully submitted,

Karen J. Tremblay
U. S. Probation Officer

4/3/06
Date

Approved by:

Desdemona L. Faison
Supervising U.S. Probation Officer

Case 1:98-cr-00054  Document 52  Filed 04/05/06  Page 1 of 3

Re: SHAWN LAMONTE THORPE                                                                  PAGE 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[✓]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

Date  4-5-06

KJT/Kjt

PROB 49
03/01

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of North Carolina
## Waiver of Hearing to Modify Conditions

### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel" I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision.

The defendant shall submit to substance abuse testing, at anytime, as directed by the probation officer. The defendant shall cooperatively participate in a substance abuse treatment program, which may include drug testing or inpatient/residential treatment, and pay for treatment services, as directed by the probation officer. During the course of treatment, the defendant shall abstain from the use of alcoholic beverages.

Witness: Karen J. Tremblay
U. S. Probation Officer

Date: 3/27/06

Signed: Shawn Thorpe
Probationer/Releasee