PROB 35
(Rev. 4/05)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF NORTH CAROLINA

FILED
OCT - 1 2007
IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N. C.
By _____

UNITED STATES OF AMERICA

v.

SHAWN LAMONT THORPE

Docket Number   1:98CR54-1

On February 20, 2004, the above named was placed on supervised release for a period of 5 years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

_____
Deputy Chief U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _28_ day of _September_, 20 _07_.

_____
United States District Judge

# NOTICE OF PROPOSED PETITION FOR RELIEF

TO: The Honorable Anna Mills Wagoner
U. S. Attorney for the Middle District of North Carolina

ATTENTION: Sandra J. Hairston

RE: ___SHAWN LAMONT THORPE___        ___1:98CR54-1___
      Defendant        Docket No.

Under the amended version of the Federal Rules of Criminal Procedure Rule 32.1(b), the U. S. Probation Office is required to notify the attorney for the government when proposing a modification of probation which is favorable to a probationer. Accordingly, you are advised of the following:

**Proposed Action:**

Early Termination of Supervised Release

**Basis for Recommendation:**

Mr. Thorpe was released to five years supervised release on February 20, 2004, and has complied with all the conditions of his supervision. Since October of 2004, Mr. Thorpe has been gainfully employed by Kinetics Systems, Inc where he has received training in the areas of welding and pipe fitting. Mr. Thorpe is now a certified Orbital Welder earning $21.35 per hour. He has made numerous positive strides since his release from imprisonment to include getting married, having three children, and purchasing residential properties. Mr. Thorpe has remained law abiding and does not appear to be a risk to the community. It is the opinion of the probation officer that the objectives of Mr. Thorpe's supervision have been met and that Mr. Thorpe will continue to remain a law abiding and productive citizen.

___09/17/2007___        ___Karen J. Tremblay___
(Date)        Karen J. Tremblay
       U. S. Probation Officer

___9-20-07___        ___Lisa P. Palombo___
(Date)        Lisa P. Palombo
       Deputy Chief U.S. Probation Officer

You are requested to notify the Probation Officer within five working days if the government objects to the proposed action.

---

The government    ☑ Does not object to the proposed action.
                          ☐ Does object to the proposed action for the following reason(s):

___9-21-07___        ___Sandra J. Hairston___
(Date)        (Attorney for the Government)